UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __10/5/21__

---

Hemrita Zarins,

               Plaintiff,

         –v–

Forrest Solutions, Inc., et al.,

              Defendants.

18-cv-6444 (AJN)

ORDER

---

ALISON J. NATHAN, District Judge:

Counsel to Neil M. Frank, former counsel for Plaintiff, moved the Court for compensation for legal services rendered in this case prior to his disbarment. Motion, Dkt. No. 56. Plaintiff's substitute counsel did not object to the amount of Mr. Frank's requested compensation except for the fee charged for Westlaw research. Dkt. No. 62. For the reasons given in the letter motion and accompanying affidavit and exhibits, the Court ORDERS the following:

- Counsel fees paid to Neil M. Frank in an amount equal to 25 percent of the total counsel fees recovered in this matter, up to a maximum of $41,472.50, together with disbursements made by Mr. Frank's firm on Plaintiff's behalf prior to the effective date of disbarment in the amount of $411.92, and further authorizing substitute counsel to release that amount to Mr. Frank from the total counsel fees and disbursements received in connection wit the settlement in this case.

- The Court has deducted $120.78 reimbursement of Westlaw fees from the amount sought for the reasons given in docket number 62. The amount of $120.78 shall be reimbursed to Plaintiff as a refund.

This resolves docket number 56.

SO ORDERED.

Dated: October 5, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge